# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 12, 2011

No. 11-40323

Lyle W. Cayce
Clerk

In the Matter of:  REICHMANN PETROLEUM CORPORATION, formerly known as Richman Petroleum Corporation,

Debtor

---

DON HANVEY OIL TRUST, INCORPORATED; HANVEY PRODUCTION COMPANY; DON H. HANVEY; JAMES RICHARD STACEY, SR.; DONALD S. BUTLER; VENUS VENTURES, L.L.C.; STUART CAFFEY; CURT CUNNINGHAM; U.S. ENERGY CORPORATION OF AMERICA, INC.,

Appellants

v.

UNIT TEXAS DRILLING, L.L.C.,

Appellee

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:10-CV-202

---

Before HIGGINBOTHAM, DAVIS, and STEWART, Circuit Judges.

PER CURIAM:[*]

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 11-40323

This Court has considered this appeal on the basis of the record, the briefs, and oral argument.  In light of this review, we affirm the judgment of the district court essentially for the reasons given in the district court's Order, *Don Hanvey Oil Trust, Inc. v. Unit Tex. Drilling, LLC*, No. C-10-202, 2011 WL 606264 (S.D. Tex. Feb. 16, 2011).

AFFIRMED.